IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DORIS FORTE, O.D., ET AL., | § § | |
| VS. | § § | Civil No. CC-07-155 |
| WAL-MART STORES, INC. | § § | |

## VERDICT OF THE JURY

**Question 1:**

Do you find by a preponderance of the evidence that Wal-Mart, directly or indirectly, controlled or attempted to control Plaintiff's professional judgment, manner of practice, or optometrical practice by setting or attempting to influence his or her office hours?

Answer "Yes" or "No" for each Plaintiff.

Doris Forte, O.D:  _YES_

John Boldan, O.D:  _YES_

David Wiggins, O.D:  _YES_

Bridget LeeSang, O.D:  _YES_

If you answered "Yes" for any Plaintiff, continue to Question 2 for that Plaintiff. If you answered "No" for all Plaintiffs, do not answer any more questions. Have your presiding juror sign and date the verdict form and notify the Court.

**Question 2:**

Do you find by a preponderance of the evidence that Plaintiff was injured as a result of Wal-Mart's conduct? Answer "Yes" or "No" for each Plaintiff.

| | |
|---|---|
| Doris Forte, O.D: | YES |
| John Boldan, O.D: | YES |
| David Wiggins, O.D: | YES |
| Bridget LeeSang, O.D: | YES |

If you answered "Yes" for any Plaintiff, continue to Question 3 for that Plaintiff. If you answered "No" for all Plaintiffs, do not answer any more questions. Have your presiding juror sign and date the verdict form and notify the Court.

**Question 3:**

What amount of civil penalty, if any, do you award to each Plaintiff? The penalty may not exceed $1,000.00 per day of violation. Answer in dollars and cents for the time periods below:

Doris Forte, O.D.
April 4, 2003 to March 15, 2006:     1,075,000

David Wiggins, O.D.
March 22, 2004 to August 30, 2007:     1,240,000.00

John Boldan, O.D.
March 7, 2005 to March 6, 2009:     1,456,000.00

Bridget LeeSang, O.D.
September 14, 2003 to March 1, 2004:     182,000.00

Dated: 9-24-10

Presiding Juror