UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **Doris Forte, O.D., et al.,** § | | |
| **Plaintiffs** § | | |
| § | | |
| v. § | Civil No. 07-cv-155 | |
| § | | |
| **Wal-Mart Stores, Inc.,** § | | |
| **Defendant.** § | | |

## **FINAL JUDGMENT**

The Court enters final judgment in favor of Plaintiffs Doris Forte, O.D.; David Wiggins, O.D.; John Boldan, O.D.; and Bridget LeeSang, O.D., that they shall recover from Defendant, and Defendant shall pay to Plaintiffs as follows:

1. Civil penalties:

    | | |
    |---|---|
    | Doris Forte, O.D.: | $423,600.00 |
    | David Wiggins, O.D.: | $424,000.00 |
    | John Boldan, O.D.: | $492,000.00 |
    | Bridget LeeSang, O.D.: | $56,800.00 |

2. Attorneys' fees in the amount of $793,554.00

3. Court costs

4. Post-judgment interest as provided by law.

The Court directs this entry of final judgment as to the above four, but not all, of the parties. There is no just reason for delay of entry of this judgment. See Fed. R. Civ. P. 54(b). Indeed, the parties request it be entered so that statutory interpretation may proceed before further litigation is commenced. Any further request for relief not herein granted is DENIED.

ORDERED, this 13th day of July, 2012.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE