IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DORIS FORTE, O.D., et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 2:07-CV-00155 |
| WAL-MART STORES, INC., | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING WAL-MART STORES, INC.'S UNOPPOSED MOTION TO CORRECT THE JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(a) AND AMENDED FINAL JUDGMENT

Before the Court is Defendant Wal-Mart Stores, Inc.'s Unopposed Motion to Correct the Judgment Under Federal Rule of Civil Procedure 60(a). Having reviewed Defendant's motion, the Court finds that the Defendant's motion should be and is hereby GRANTED. The Court's July 13 Order granting Plaintiffs' motion for attorneys' fees is amended to award Plaintiffs $763,854.

The Court's July 13 Final Judgment is similarly amended to provide that the Plaintiffs are awarded attorneys' fees in the amount of $763,854. The Court incorporates the remainder of the July 13 Final Judgment in this Amended Judgment without change.

SO ORDERED this 24 day of July, 2012.

_____
Hayden Head
Senior United States District Judge