# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-40854

DORIS FORTE, O.D., on behalf of herself and all other similarly situated persons; SYLVIA BROWN, O.D.; SHERRI FAUVER RAST, O.D., on behalf of themselves and all other similarly situated persons; MARCUS HOOD, O.D., on behalf of themselves and all other similarly situated persons; BRIDGET LEESANG, O.D.; DAVID WIGGINS, O.D.; GHASSEN ATASHI RANG, O.D.; JOHN RIVERA, O.D.; BERNARD MASLOVITZ, O.D.; DOAN-AHN PHAM, O.D.; RON MIXON, O.D.; JOHN BOLDAN, O.D.,

Plaintiffs - Appellees

v.

WAL-MART STORES, INCORPORATED,

Defendant - Appellant

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 0 8 2013

David J. Bradley, Clerk of Court

Appeals from the United States District Court for the
Southern District of Texas, Corpus Christi

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion of appellees to dismiss Sylvia Brown, Sherri Fauver Rast, Marcus Hood, Ghassen Atashi Rang, John Rivera, Doan-Ahn Pham, Ron Mixon, and Bernard Maslovits as parties to this appeal is granted.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana    2 9 JUL 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 29, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-40854, Doris Forte, et al v. Wal-Mart Stores, Incorporated  
        USDC No. 2:07-CV-155

Clerk, U.S. District Court  
Southern District of Texas  
FILED  
AUG 08 2013  
David J. Bradley, Clerk of Court

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Linda B. Miles, Deputy Clerk  
        504-310-7709

Mr. David J. Bradley  
Mr. Mark Clyde Burgess  
Mr. Jose Antonio Canales  
Mr. James C. Ho  
Ms. Ashley E. Johnson  
Mr. William R. Peterson  
Mr. Russell S. Post  
Mr. Prerak Shah