UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| USA | § §  |
| v | § CV Action No. C-07-155 § |
| Wal-Mart Stores, Inc. | § § |

## NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by **March 26, 2019.** If the exhibits are not retrieved by the deadline, they will be destroyed without further notice and the expenses incurred will be taxed against the offering party. See Local Rules 79.2 and 55.2.C.

**Description of Exhibits**:

See attached list (D.E. #336).

If you have any questions regarding the status of these exhibits, contact the Clerk's office at 361.888.3142.

Dated: 3/11/19

By: *Arlene Rodriguez*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

DEC 8 - 2011

CASE NO. __C-07-155__

David J. Bradley, Clerk of Court

O. D. Forte, et al )(
)(
)(   Senior Judge __Hayden Head__
)(
)(   Courtroom Deputy __Sylvia Syler__
)(
vs. )(
)(   Certified Court Recorder __Genay Rogan__
)(
)(   Proceeding: __Attorney Fees__
Wal Mart Stores, Inc. )(
)(   Date: __December 8, 2011__
)(
)(
)(   Exhibit List of:
)(
Page _1_ of _1_ Pages )(   Deft's: __Sim Israeloff__

EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Color coded Attorney Billings | ✓ | ✓ | | December 8, 2011 | |
| 2 | Color coded Attorney Billings | ✓ | ✓ | | December 8, 2011 | |