## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Doris Forte , et al. | § | |
| | § | |
| v. | § | Civil Action 2:07−cv−00155 |
| | § | |
| Wal Mart Stores, Inc. | § | |

### NOTICE OF DESTRUCTION OF EXHIBITS

The attorneys were notified on 3/11/2019 that they must take possession

of exhibits by 3/26/2019 or they would be destroyed without further notice.

The exhibits described on the Notice Regarding Exhibits have been destroyed.

Date: April 23, 2019

By: <u>Arlene Rodriguez</u>
Deputy Clerk